# Court of Appeals, State of Michigan

## ORDER

Estate of Grace Lewis v New Horizon Rehabilitation Service Inc

Docket No.     322922

LC No.          2012-127632 NO

Deborah A. Servitto
Presiding Judge

Kurtis T. Wilder

Mark T. Boonstra
Judges

The Court orders that plaintiff's motion for reconsideration is GRANTED. The December 1, 2015 opinion is hereby VACATED, and a new opinion is attached.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

MAR 3 1 2016
_____
Date

_____
Chief Clerk